# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FLINCHUM, MICHAEL D | § | Case No. 12-46847 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/29/2012 . The undersigned trustee was appointed on 01/21/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 25,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 177.42 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 24,822.58 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  05/20/2015  and the deadline for filing governmental claims was  05/20/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,250.00 , for a total compensation of $ 3,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/13/2015              By:/s/Elizabeth C Berg, Trustee
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-46847   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | FLINCHUM, MICHAEL D | Date Filed (f) or Converted (c): | 11/29/12 (f) |
| | | 341(a) Meeting Date: | 01/22/13 |
| For Period Ending: | 12/09/15 | Claims Bar Date: | 05/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 729 Autumn Drive, Bolingbrook, IL 60440 (owned joi stay lifted per order 1/25/13 | 225,192.00 | 210,192.00 | | 0.00 | FA |
| 2. Charter One Checking - x7306 | 500.00 | 0.00 | | 344.00 | FA |
| 3. Landlord holding security deposit | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 6. Watch | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2000 BMW 540i with 130000 miles Traded in prior to filing: Value determined to be $0 | 4,409.00 | 0.00 | | 0.00 | FA |
| 8. Charter One Account x8538 (u) | 0.00 | 2,019.94 | | 1,235.00 | FA |
| 9. Charter One Account x8388 (u) | 0.00 | 16,456.48 | | 10,070.00 | FA |
| 10. Walgreens Stock Options (u) | 0.00 | 700.00 | | 700.00 | FA |
| 11. 2005 Audi A8 (u) | 0.00 | 8,758.00 | | 5,360.00 | FA |
| 12. 2012 Federal Income Tax Refund (u) | 0.00 | 7,291.00 | | 7,291.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $233,751.00   $245,417.42   $25,000.00   $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 9, 2015: D. Grochocinski was appointed chapter 7 trustee upon the commencement of the case (November 2012). Trustee Grochocinski determined there were not assets of value to administer and filed an NDR in January 2013. The case was closed in November 2013. Thereafter, the case was reopened in December 2014 when a creditor who, during the discovery process for a pending adversary, uncovered undisclosed assets of the Debtor. E. Berg was appointed Successor

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-46847 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | FLINCHUM, MICHAEL D | Date Filed (f) or Converted (c): | 11/29/12 (f) |
| | | 341(a) Meeting Date: | 01/22/13 |
| | | Claims Bar Date: | 05/20/15 |

Trustee in January 2015. Successor Trustee investigated the undisclosed assets. Successor Trustee reviewed and analyzed documents produced regarding the undisclosed assets. Based upon her investigation, Successor Trustee made demand upon the Debtor for a turnover of the undisclosed assets and filed a Motion for Turnover when the Debtor failed to comply with the Succ. Trustee's demand. Ultimately, pursuant to court order dated June 18, 2015, Successor Trustee and Debtor settled for a payment to the Estate of $25,000.00 for the undisclosed assets. Trustee has reviewed claims. Trustee resolved claim issues and prepared her final report.

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-46847 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | FLINCHUM, MICHAEL D | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6476 Checking Account |
| Taxpayer ID No: | *******9138 | | |
| For Period Ending: | 12/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/04/15 | * NOTE * | US BANK - CASHIER'S CHECK REMITTER: MICHAEL FLINCHUM 4352 PLAINFIELD - WALMART | SETTLEMENT:Turnover undisc. assets Multiple Assets per order 6/18/15 [dkt. 77] * NOTE *  Properties 2, 8, 9, 10, 11, 12 | | 20,000.00 | | 20,000.00 |
| | | | Memo Amount:           1,235.00 Charter One Acct 8538 Funds | 1229-000 | | | |
| | | | Memo Amount:             344.00 Charter one acct 7306 funds | 1129-000 | | | |
| | | | Memo Amount:          10,070.00 Charter One Acct 8388 Funds | 1229-000 | | | |
| | | | Memo Amount:             700.00 Walgreens stock options | 1229-000 | | | |
| | | | Memo Amount:             360.00 Equity in Audi | 1229-000 | | | |
| | | | Memo Amount:           7,291.00 2012 Tax Refund | 1224-000 | | | |
| 06/05/15 | 11 | US BANK - CASHIER'S CHECK REMITTER: MICHAEL FLINCHUM 4376 WOODRIDGE | SETTLEMENT: Turnover undisc. assets Various Unscheduled Assets per order 6/18/15 [dkt. 77] | 1229-000 | 5,000.00 | | 25,000.00 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.45 | 24,969.55 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 37.12 | 24,932.43 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 37.07 | 24,895.36 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 35.82 | 24,859.54 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 36.96 | 24,822.58 |

Page Subtotals         25,000.00          177.42

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.05

FORM 2                          Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit B

| | |
|---|---|
| Case No: 12-46847 -DRC | Trustee Name: Elizabeth C Berg, Trustee |
| Case Name: FLINCHUM, MICHAEL D | Bank Name: Associated Bank |
| | Account Number / CD #: *******6476 Checking Account |
| Taxpayer ID No: *******9138 | |
| For Period Ending: 12/09/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 20,000.00 | COLUMN TOTALS | | 25,000.00 | 177.42 | 24,822.58 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 25,000.00 | 177.42 | |
| Memo Allocation Net: | 20,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 25,000.00 | 177.42 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 20,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******6476 | | 25,000.00 | 177.42 | 24,822.58 |
| Total Memo Allocation Net: | 20,000.00 | | | 25,000.00 | 177.42 | 24,822.58 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                                                Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 13, 2015 |
|---|---|---|---|---|---|---|

Case Number: 12-46847  
Debtor Name: FLINCHUM, MICHAEL D

Priority Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---:|---:|---:|
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | $318.84 | $0.00 | $318.84 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street  #200<br>Chicago  IL  60602 | Administrative | $3,250.00 | $0.00 | $3,250.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative<br>Voluntarily reduced amount requested by Trustee's attorneys in order to provide distribution to unsecured creditors | $14,750.00 | $0.00 | $14,750.00 |
| | Subtotal for Priority 001 | | $18,318.84 | $0.00 | $18,318.84 |
| 000001<br>070<br>7100-00 | Reuben and Karen Walker<br>1861 Black Road<br>Joliet, IL 60435 | Unsecured<br>2nd amended claim filed 7/13/15 | $62,059.37 | $0.00 | $62,059.37 |
| 000002<br>070<br>7100-00 | Northstar Credit Union<br>3S555 Winfield Road<br>Warrenville, IL 60555 | Unsecured | $4,421.28 | $0.00 | $4,421.28 |
| 000003<br>070<br>7100-00 | Regional Acceptance Corporation<br>collectively "BB&T"<br>PO Box 1847<br>Wilson, NC 27894-1847 | Unsecured<br>(3-1) Deficiency Balance<br>(3-1) modified name (cch) 5/7/2015 | $19,045.32 | $0.00 | $19,045.32 |
| 000004<br>070<br>7100-00 | Springleaf Financial Services<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | Unsecured | $3,626.14 | $0.00 | $3,626.14 |
| | Subtotal for Priority 070 | | $89,152.11 | $0.00 | $89,152.11 |
| | Case Totals: | | $107,470.95 | $0.00 | $107,470.95 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-46847
Case Name: FLINCHUM, MICHAEL D
Trustee Name: Elizabeth C Berg, Trustee

| Balance on hand | $ | 24,822.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 14,750.00 | $ 0.00 | $ 14,750.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 318.84 | $ 0.00 | $ 318.84 |

| Total to be paid for chapter 7 administrative expenses | $ 18,318.84 |
| Remaining Balance | $ 6,503.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,152.11 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Reuben and Karen Walker | $ 62,059.37 | $ 0.00 | $ 4,527.30 |
| 000002 | Northstar Credit Union | $ 4,421.28 | $ 0.00 | $ 322.54 |
| 000003 | Regional Acceptance Corporation | $ 19,045.32 | $ 0.00 | $ 1,389.37 |
| 000004 | Springleaf Financial Services | $ 3,626.14 | $ 0.00 | $ 264.53 |

Total to be paid to timely general unsecured creditors      $          6,503.74

Remaining Balance                                           $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE