# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                  §
                                        §
FLINCHUM, MICHAEL D                     §    Case No. 12-46847
                                        §
           Debtor                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   United States Bankruptcy Court
   219 S. Dearborn Street
   7th Floor
   Chicago   IL   60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
   
   10:30 a.m.
   on Friday, February 19, 2016
   in Courtroom 240 of the Kane County Courthouse
   100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____


*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
FLINCHUM, MICHAEL D                §    Case No. 12-46847
                                   §
        Debtor                     §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 177.42 |
| leaving a balance on hand of[1] | $ | 24,822.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 14,750.00 | $ 0.00 | $ 14,750.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 318.84 | $ 0.00 | $ 318.84 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 18,318.84 |
| Remaining Balance | $ 6,503.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Case 12-46847    Doc 94    Filed 01/25/16    Entered 01/27/16 23:32:48    Desc Imaged
                     Certificate of Notice    Page 3 of 6

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,152.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Reuben and Karen Walker | $ 62,059.37 | $ 0.00 | $ 4,527.30 |
| 000002 | Northstar Credit Union | $ 4,421.28 | $ 0.00 | $ 322.54 |
| 000003 | Regional Acceptance Corporation | $ 19,045.32 | $ 0.00 | $ 1,389.37 |
| 000004 | Springleaf Financial Services | $ 3,626.14 | $ 0.00 | $ 264.53 |

Total to be paid to timely general unsecured creditors    $   6,503.74

Remaining Balance    $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
            Elizabeth C. Berg, Trustee

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Michael D Flinchum
      Debtor

Case No. 12-46847-DRC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: lhuley   Page 1 of 2   Date Rcvd: Jan 25, 2016
                 Form ID: pdf006   Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2016.
```
db             #+Michael D Flinchum,    126 S Hudson Street,    Westmont, IL 60559-1934
19745150       +Acute Care Specialists,    c/o Merchants Credit Guide,    223 W Jackson Suite 900,
                 Chicago, IL 60606-6912
19745151       +Adventist Bolingbrook Hospital,    c/o Merchants Credit Guide,    223 W Jackson Blvd Suite 900,
                 Chicago, IL 60606-6912
19745152       +Allied Anesthesia,    c/o MBB,    1460 Renaissance Drive,    Park Ridge, IL 60068-1331
19745153       +Cindy Flinchum,    729 Autumn Drive,    Bolingbrook, IL 60490-5449
19745154       +Cynthia Flinchum,    729 Autumn Drive,    Bolingbrook, IL 60490-5449
19745155       +DuPage Emergency Physicians,    PO Box 366,    Hinsdale, IL 60522-0366
19745157       +EM Strategies Homer Glen,    c/o MBB,    1460 Renaissance Drive,    Park Ridge, IL 60068-1331
19745156       +Edward Hospital,    c/o Merchants Credit Guide,    223 W Jackson Blvd Suite 4,
                 Chicago, IL 60606-6908
19745158       +Emergency Healthcare Physicians,    c/o State Collection Service,    2509 S Stoughton Road,
                 Madison, WI 53716-3314
19745159       +Emergency Treatment SC,    c/o Dependon Collection,    PO Box 4833,    Hinsdale, IL 60522-4833
22946466       +Firas M. Abunada,    1861 Black Road,    Joliet, IL 60435-3591
19745161       +GMAC Mortgage,    Bankruptcy Dept,    1100 Virginia Ave,    Fort Washington, PA 19034-3204
19745162       +Grossinger Autoplex,    c/o Nathaniel Lawrence,    2835 N Sheffield Ave Suite 232,
                 Chicago, IL 60657-9213
19745164       +Jobfox,   c/o Brown and Joseph Ltd,    1701 Golf Road Suite 2,    Rolling Meadows, IL 60008-4731
19745166       +MBB,   1460 Renaissance Drive,    Park Ridge, IL 60068-1331
19745167       +MIORMA,    c/o Illinois Collection Service,    8231 185th Street  Suite 100,
                 Tinley Park, IL 60487-9356
19745170       +Ottawa Regional Hospital,    c/o Kenneth McEvoy,    628 Columbus Street Suite 107,
                 Ottawa, IL 61350-2906
19745171       +Providence Endodontics,    c/o Mages and Price,    707 Lake Cook Road Suite 314,
                 Deerfield, IL 60015-4933
19745173       +Reuben D and Karen J Walker,    c/o John C Renzi,    1861 Black Road,    Joliet, IL 60435-3591
22946467       +Reuben and Karen Walker,    1861 Black Road,    Joliet, IL 60435-3591
19745175       +Silver Cross Hospital,    1200 Maple Road,    Joliet, IL 60432-1497
19745176       +Silver Cross Hospital,    c/o Vision Financial Services,    1900 W Severs Road,
                 La Porte, IN 46350-7855
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20730693        E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2016 01:26:53      GE Capital Retail Bank,
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
19745160       +E-mail/Text: contact@csicollects.com Jan 26 2016 01:23:18      Global Medical Imaging,
                 c/o Certified Services Inc,    1733 Washington St Suite 2,    Waukegan, IL 60085-5192
19745163       +E-mail/Text: egssupportservices@egscorp.com Jan 26 2016 01:21:28
                 Illinois State Tollway Authority,    c/o NCO Financial,    600 Holiday Plaza Drive Suite 300,
                 Matteson, IL 60443-2238
19745165       +E-mail/Text: asaravia@dsgcollect.com Jan 26 2016 01:20:51      Keith A Brown DDS,
                 c/o Diversified Svs Group,    1824 W Grand Avenue Suite 200,    Chicago, IL 60622-6721
19745168       +Fax: 773-272-0602 Jan 26 2016 02:04:36      MRSI,    2250 E Devon Ave Suite 352,
                 Des Plaines, IL 60018-4521
19745169       +E-mail/Text: rmartynek@nscu.org Jan 26 2016 01:22:12      Northstar Credit Union,
                 3S555 Winfield Road,    Warrenville, IL 60555-3148
19745172       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 26 2016 01:27:42      Regional Acceptance,
                 765 Ela Road Suite 205,    Lake Zurich, IL 60047-6305
23259371        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 26 2016 01:27:42      Regional Acceptance Corporation,
                 collectively "BB&T",    PO Box 1847,    Wilson, NC 27894-1847
19745174       +E-mail/Text: clientservices@northwestcollectors.com Jan 26 2016 01:20:19       Rush Surgicenter,
                 c/o Northwest Collectors,    3601 Algonquin Road Suite 232,    Rolling Meadows, IL 60008-3106
19745177        E-mail/PDF: cbp@springleaf.com Jan 26 2016 01:27:04      Springleaf Financial,
                 Narco Gary Ave Shopping Center,    373 N Gary Avenue,    Carol Stream, IL 60188
23283254        E-mail/PDF: cbp@springleaf.com Jan 26 2016 01:26:38      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the filed notice recipient was advised to update its address with the court immediately.

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Jan 25, 2016
                              Form ID: pdf006           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2016 at the address(es) listed below:
              Alonzo H Zahour    on behalf of Defendant Michael D Flinchum ahzlawyer@aol.com
              Alonzo H Zahour    on behalf of Debtor 1 Michael D Flinchum ahzlawyer@aol.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Firas M Abunada    on behalf of Plaintiff Reuben  Walker fmabunada@jprlaw.net
              Firas M Abunada    on behalf of Creditor Rueben  Walker fmabunada@jprlaw.net
              Firas M Abunada    on behalf of Plaintiff Karen  Walker fmabunada@jprlaw.net
              Firas M Abunada    on behalf of Plaintiff Reuben D Walker fmabunada@jprlaw.net
              Firas M Abunada    on behalf of Plaintiff Karen J Walker fmabunada@jprlaw.net
              Jeffrey  Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              John C Renzi    on behalf of Plaintiff Karen  Walker jcrenzi@jprlaw.net
              John C Renzi    on behalf of Creditor Rueben  Walker jcrenzi@jprlaw.net
              John C Renzi    on behalf of Plaintiff Reuben  Walker jcrenzi@jprlaw.net
              Jose G Moreno    on behalf of Creditor    Ocwen Loan Servicing, LLC nd-one@il.cslegal.com
              Julia D Loper    on behalf of Trustee Elizabeth C Berg jloper@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    Ocwen Loan Servicing, LLC ND-Four@il.cslegal.com
              Peter M King    on behalf of Creditor    GMAC Mortgage LLC pking@kingholloway.com
              Peter M King    on behalf of Plaintiff    GMAC Mortgage LLC pking@kingholloway.com
                                                                                             TOTAL: 19
```