# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                   §
                                         §
FLINCHUM, MICHAEL D                      §        Case No. 12-46847
                                         §
            Debtor                       §
_____ §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 212,201.00                Assets Exempt: 21,550.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,503.74   Claims Discharged
                                             Without Payment: 94,518.37

Total Expenses of Administration: 18,496.26

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 167,768.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,496.26 | 18,496.26 | 18,496.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,237.00 | 89,152.11 | 89,152.11 | 6,503.74 |
| **TOTAL DISBURSEMENTS** | $ 230,005.00 | $ 107,648.37 | $ 107,648.37 | $ 25,000.00 |

4)  This case was originally filed under chapter 7 on  11/29/2012 .  The case was pending for 41 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/29/2016                          By:/s/Elizabeth C Berg, Trustee
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 344.00 |
| Tax Refunds | 1224-000 | 7,291.00 |
| Liquidation of Other Personal Property | 1229-000 | 12,365.00 |
| 2005 Audi A8 | 1229-000 | 5,000.00 |
| TOTAL GROSS RECEIPTS | | $25,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage Bankruptcy Dept 1100 Virginia Ave Fort Washington, PA 19034 | | 167,768.00 | NA | NA | 0.00 |
| | Reuben D and Karen J Walker c/o John C Renzi 1861 Black Road Joliet, IL 60435 | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 167,768.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| Associated Bank | 2600-000 | NA | 177.42 | 177.42 | 177.42 |
| BALDI BERG | 3110-000 | NA | 14,750.00 | 14,750.00 | 14,750.00 |
| BALDI BERG | 3120-000 | NA | 318.84 | 318.84 | 318.84 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 18,496.26 | $ 18,496.26 | $ 18,496.26 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cynthia Flinchum;729 Autumn Drive;Bolingbrook, IL 60490 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acute Care Specialists c/o Merchants Credit Guide 223 W Jackson Suite 900 Chicago, IL 60606 | | 175.00 | NA | NA | 0.00 |
| | Adventist Bolingbrook Hospital c/o Merchants Credit Guide 223 W Jackson Blvd Suite 900 Chicago, IL 60606 | | 125.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Anesthesia c/o MBB 1460 Renaissance Drive Park Ridge, IL 60068 | | 113.00 | NA | NA | 0.00 |
| | Cynthia Flinchum 729 Autumn Drive Bolingbrook, IL 60490 | | 0.00 | NA | NA | 0.00 |
| | DuPage Emergency Physicians PO Box 366 Hinsdale, IL 60522 | | 54.00 | NA | NA | 0.00 |
| | EM Strategies Homer Glen c/o MBB 1460 Renaissance Drive Park Ridge, IL 60068 | | 284.00 | NA | NA | 0.00 |
| | Edward Hospital c/o Merchants Credit Guide 223 W Jackson Blvd Suite 4 Chicago, IL 60606 | | 433.00 | NA | NA | 0.00 |
| | Emergency Healthcare Physicians c/o State Collection Service 2509 S Stoughton Road Madison, WI 53716 | | 259.00 | NA | NA | 0.00 |
| | Emergency Treatment SC c/o Dependon Collection PO Box 4833 Hinsdale, IL 60522 | | 340.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Global Medical Imaging c/o Certified Services Inc 1733 Washington St Suite 2 Waukegan, IL 60085 | | 40.00 | NA | NA | 0.00 |
| | Grossinger Autoplex c/o Nathaniel Lawrence 2835 N Sheffield Ave Suite 232 Chicago, IL 60657 | | 3,800.00 | NA | NA | 0.00 |
| | Illinois State Tollway Authority c/o NCO Financial 600 Holiday Plaza Drive Suite 300 Matteson, IL 60443 | | 644.00 | NA | NA | 0.00 |
| | Jobfox c/o Brown and Joseph Ltd 1701 Golf Road Suite 2 Rolling Meadows, IL 60008 | | 279.00 | NA | NA | 0.00 |
| | Keith A Brown DDS c/o Diversified Svs Group 1824 W Grand Avenue Suite 200 Chicago, IL 60622 | | 338.00 | NA | NA | 0.00 |
| | MIORMA c/o Illinois Collection Service 8231 185th Street  Suite 100 Tinley Park, IL 60487 | | 173.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ottawa Regional Hospital c/o Kenneth McEvoy 628 Columbus Street Suite 107 Ottawa, IL 61350 | | 3,209.00 | NA | NA | 0.00 |
| | Providence Endodontics c/o Mages and Price 707 Lake Cook Road Suite 314 Deerfield, IL 60015 | | 685.00 | NA | NA | 0.00 |
| | Rush Surgicenter c/o Northwest Collectors 3601 Algonquin Road Suite 232 Rolling Meadows, IL 60008 | | 589.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | 330.00 | NA | NA | 0.00 |
| | Silver Cross Hospital c/o Vision Financial Services 1900 W Severs Road La Porte, IN 46350 | | 0.00 | NA | NA | 0.00 |
| 000002 | NORTHSTAR CREDIT UNION | 7100-000 | 27,640.00 | 4,421.28 | 4,421.28 | 322.54 |
| 000003 | REGIONAL ACCEPTANCE CORPORATION | 7100-000 | 18,915.00 | 19,045.32 | 19,045.32 | 1,389.37 |
| 000001 | REUBEN AND KAREN WALKER | 7100-000 | NA | 62,059.37 | 62,059.37 | 4,527.30 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | 3,812.00 | 3,626.14 | 3,626.14 | 264.53 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 62,237.00 | $ 89,152.11 | $ 89,152.11 | $ 6,503.74 |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:   1

Exhibit 8

| Case No: | 12-46847 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|

Case Name:   FLINCHUM, MICHAEL D

Trustee Name:            Elizabeth C Berg, Trustee
Date Filed (f) or Converted (c):   11/29/12 (f)
341(a) Meeting Date:        01/22/13
Claims Bar Date:           05/20/15

For Period Ending:  03/29/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 729 Autumn Drive, Bolingbrook, IL 60440 (owned joi  stay lifted per order 1/25/13 | 225,192.00 | 210,192.00 | | 0.00 | FA |
| 2. Charter One Checking - x7306 | 500.00 | 0.00 | | 344.00 | FA |
| 3. Landlord holding security deposit | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 6. Watch | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2000 BMW 540i with 130000 miles  Traded in prior to filing: Value determined to be $0 | 4,409.00 | 0.00 | | 0.00 | FA |
| 8. Charter One Account x8538 (u) | 0.00 | 2,019.94 | | 1,235.00 | FA |
| 9. Charter One Account x8388 (u) | 0.00 | 16,456.48 | | 10,070.00 | FA |
| 10. Walgreens Stock Options (u) | 0.00 | 700.00 | | 700.00 | FA |
| 11. 2005 Audi A8 (u) | 0.00 | 8,758.00 | | 5,360.00 | FA |
| 12. 2012 Federal Income Tax Refund (u) | 0.00 | 7,291.00 | | 7,291.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $233,751.00 | $245,417.42 | | $25,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 26, 2016: TFR filed 1/22/16

October 9, 2015:  D. Grochocinski was appointed chapter 7 trustee upon the commencement of the case (November 2012).

Trustee Grochocinski determined there were not assets of value to administer and filed an NDR in January 2013.  The case

Ver: 19.05f

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

Case No:         12-46847      DRC    Judge: DONALD R. CASSLING

Case Name:       FLINCHUM, MICHAEL D

Trustee Name:                           Elizabeth C Berg, Trustee

Date Filed (f) or Converted (c):        11/29/12 (f)

341(a) Meeting Date:                    01/22/13

Claims Bar Date:                        05/20/15

was closed in November 2013.  Thereafter, the case was reopened in December 2014 when a creditor who, during the
discovery process for a pending adversary, uncovered undisclosed assets of the Debtor.  E. Berg was appointed Successor
Trustee in January 2015.  Successor Trustee investigated the undisclosed assets.  Successor Trustee reviewed and
analyzed documents produced regarding the undisclosed assets.  Based upon her investigation, Successor Trustee made
demand upon the Debtor for a turnover of the undisclosed assets and filed a Motion for Turnover when the Debtor failed
to comply with the Succ. Trustee's demand.  Ultimately, pursuant to court order dated June 18, 2015, Successor Trustee
and Debtor settled for a payment to the Estate of $25,000.00 for the undisclosed assets.  Trustee has reviewed claims.
Trustee resolved claim issues and prepared her final report.

Initial Projected Date of Final Report (TFR): 12/31/15          Current Projected Date of Final Report (TFR): 12/31/15

Page:   1

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-46847  -DRC |
| Case Name: | FLINCHUM, MICHAEL D |
| Taxpayer ID No: | *******9138 |
| For Period Ending: | 03/29/16 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6476  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/04/15 | * NOTE * | US BANK - CASHIER'S CHECK REMITTER: MICHAEL FLINCHUM 4352 PLAINFIELD - WALMART | SETTLEMENT:Turnover undisc. assets Multiple Assets per order 6/18/15 [dkt. 77] * NOTE *  Properties 2, 8, 9, 10, 11, 12 | | 20,000.00 | | 20,000.00 |
| | | | Memo Amount:          1,235.00 | 1229-000 | | | |
| | | | Charter One Acct 8538 Funds | | | | |
| | | | Memo Amount:            344.00 | 1129-000 | | | |
| | | | Charter one acct 7306 funds | | | | |
| | | | Memo Amount:          10,070.00 | 1229-000 | | | |
| | | | Charter One Acct 8388 Funds | | | | |
| | | | Memo Amount:            700.00 | 1229-000 | | | |
| | | | Walgreens stock options | | | | |
| | | | Memo Amount:            360.00 | 1229-000 | | | |
| | | | Equity in Audi | | | | |
| | | | Memo Amount:          7,291.00 | 1224-000 | | | |
| | | | 2012 Tax Refund | | | | |
| 06/05/15 | 11 | US BANK - CASHIER'S CHECK REMITTER: MICHAEL FLINCHUM 4376 WOODRIDGE | SETTLEMENT: Turnover undisc. assets Various Unscheduled Assets per order 6/18/15 [dkt. 77] | 1229-000 | 5,000.00 | | 25,000.00 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.45 | 24,969.55 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 37.12 | 24,932.43 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 37.07 | 24,895.36 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 35.82 | 24,859.54 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 36.96 | 24,822.58 |
| 02/23/16 | 001001 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street  #200 Chicago  IL  60602 | Trustee Compensation | 2100-000 | | 3,250.00 | 21,572.58 |

Page Subtotals          25,000.00          3,427.42

Ver: 19.05f

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-46847 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | FLINCHUM, MICHAEL D | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6476 Checking Account |
| Taxpayer ID No: | *******9138 | | | |
| For Period Ending: | 03/29/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/16 | 001002 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 14,750.00 | 6,822.58 |
| 02/23/16 | 001003 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 318.84 | 6,503.74 |
| 02/23/16 | 001004 | Reuben and Karen Walker 1861 Black Road Joliet, IL 60435 | Claim 000001, Payment 7.30% | 7100-000 | | 4,527.30 | 1,976.44 |
| 02/23/16 | 001005 | Northstar Credit Union 3S555 Winfield Road Warrenville, IL 60555 | Claim 000002, Payment 7.30% | 7100-000 | | 322.54 | 1,653.90 |
| 02/23/16 | 001006 | Regional Acceptance Corporation collectively "BB&T" PO Box 1847 Wilson, NC 27894-1847 | Claim 000003, Payment 7.30% | 7100-000 | | 1,389.37 | 264.53 |
| 02/23/16 | 001007 | Springleaf Financial Services P.O. Box 3251 Evansville, IN 47731-3251 | Claim 000004, Payment 7.30% | 7100-000 | | 264.53 | 0.00 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 20,000.00 | COLUMN TOTALS | 25,000.00 | 25,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 |
| | | Subtotal | 25,000.00 | 25,000.00 |
| Memo Allocation Net: | 20,000.00 | Less: Payments to Debtors | | 0.00 |
| | | Net | 25,000.00 | 25,000.00 |

| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 20,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******6476 | 25,000.00 | 25,000.00 | 0.00 |
| Total Memo Allocation Net: | 20,000.00 | | 25,000.00 | 25,000.00 | 0.00 |

Page Subtotals        0.00        21,572.58

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR** (10/1/2010) *(Page: 13)*

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-46847  -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | FLINCHUM, MICHAEL D | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6476  Checking Account |
| Taxpayer ID No: | *******9138 | | | |
| For Period Ending: | 03/29/16 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | Page Subtotals | 0.00 | 0.00 | |
|---|---|---|---|---|---|

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*